FILED: August 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4650

(3:13-cr-00558-TLW-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LELAND VICTOR NIELSEN, III

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Columbia |
| Originating Case Number | 3:13-cr-00558-TLW-1 |
| Date notice of appeal filed in originating court: | 08/20/2014 |
| Appellant (s) | Leland Victor Nielsen, III |
| Appellate Case Number | 14-4650 |
| Case Manager | Michael Radday<br>804-916-2702 |