IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4650
(3:13-cr-00558-TLW)

UNITED STATES OF AMERICA,

      Plaintiff-Appellee,

v.

LELAND VICTOR NIELSEN III,

      Defendant-Appellant.

MOTION FOR LEAVE TO FILE
OVERSIZED JOINT APPENDIX

    COMES NOW the Appellant Leland Victor Nielsen III, by counsel, and moves this Honorable Court for permission to file an oversized appendix. In support of this motion, the Appellant states as follows:

    The joint appendix is oversized because Appellant's appellate issues concern a motion to suppress as well as an issue regarding whether the indictment was multiplicitous which was not apparent until the jury was charged, after three days of trial. Accordingly, it is necessary to include the transcript from the pre-trial hearing as well as the trial transcript.

    The joint appendix is 860 pages, including covers and tables, which exceeds the limit under the rules by 360 pages. However, it includes only material essential to the Court's evaluation of the issues.

The undersigned has been unable to reach counsel for the government about this motion; however, counsel for the government previously indicated his consent to the contents of the joint appendix.

Therefore, for the reasons stated above, the Appellant moves this Honorable Court to grant its motion for leave to file an oversized joint appendix.

Dated this 8th day of January, 2015.

s/C. Fredric Marcinak
C. Fredric Marcinak
SMITH MOORE LEATHERWOOD LLP
2 West Washington Street, Ste. 1100, P. O. Box 87
Greenville, South Carolina 29602
fredric.marcinak@smithmoorelaw.com
Phone:  864.751.7691/ Fax:  864.751.7800
*Attorney for Defendant-Appellant*
*Leland Victor Nielsen III*

## CERTIFICATE OF FILING AND SERVICE

The undersigned counsel for Leland Victor Nielsen III hereby certifies that a copy of the foregoing Motion for Extension of Time was filed on the 8th day of January, 2015, with the Fourth Circuit Court of Appeals using the CM/ECF system and that electronic service will be made as follows:

> James Hunter May
> Assistant U.S. Attorney
> Office of the U. S. Attorney, District of South Carolina
> Jim.h.may@usdoj.gov
>
> *Counsel for Appellee*

> s/C. Fredric Marcinak
> C. Fredric Marcinak
> SMITH MOORE LEATHERWOOD LLP
> 2 West Washington Street, Suite 1100
> P. O. Box 87
> Greenville, South Carolina 29602
> fredric.marcinak@smithmoorelaw.com
> Telephone:  864.751.7691
> Facsimile:   864.751.7800
>
> *Attorney for Defendant-Appellant*
> *Leland Victor Nielsen III*