FILED: August 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4650

(3:13-cr-00558-TLW-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LELAND VICTOR NIELSEN, III

    Defendant - Appellant

_____

O R D E R

_____

The parties are directed to file supplemental briefs of no more than 10 pages in length addressing the following issues:

- whether the Appellant's convictions under 18 U.S.C. § 2243(a) and 18 U.S.C. § 2241(c) are multiplicious because the former appears to be a lesser-included offense of the latter. See generally Blockburger v. United States, 284 U.S. 299 (1932).

- whether the Appellant's failure to make this precise argument either at trial

or on appeal waived review.

Supplemental briefs shall be filed by both sides on or before September 3, 2015.

For the Court

/s/ Patricia S. Connor, Clerk